**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1156**

DOMINION COAL CORPORATION,

          Petitioner,

     v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR; JOHN H. FULLER,

          Respondents.

On Petition for Review of an Order of the Benefits Review Board.  (21-0382-BLA)

Argued:  May 7, 2024                          Decided:  June 12, 2024

Before DIAZ, Chief Judge, and WILKINSON and KING, Circuit Judges.

Petition for review denied; orders affirmed by unpublished per curiam opinion.

**ARGUED:**  Charity Ann Barger, STREET LAW FIRM, LLP, Grundy, Virginia, for Petitioner.  Brad Anthony Austin, WOLFE, WILLIAMS & AUSTIN, Norton, Virginia, for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dominion Coal Corporation petitions for review of two orders of the Benefits Review Board (the "BRB") — (1) the BRB's June 23, 2022 order reversing the decision of an administrative law judge (the "ALJ") denying the Black Lung Benefits Act claim of former underground coal miner John H. Fuller, and (2) the BRB's January 11, 2023 order denying Dominion's request for reconsideration of the June 23, 2022 order. By those orders, the BRB ruled that Fuller is entitled to black lung benefits and that there is no cause to remand the matter to the ALJ.

Having carefully considered the administrative record, as well as the parties' briefs and oral arguments in this Court, we are satisfied that the BRB did not commit reversible error. Accordingly, we deny Dominion's petition for review and affirm the orders of the BRB.

*PETITION FOR REVIEW DENIED;*
*ORDERS AFFIRMED*

2